UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-23199-CV-DIMITROULEAS

LIAN HERNANDEZ DIAZ,

        Petitioner,

v.

WARDEN OF THE BROWARD TRANSITIONAL CENTER, et al.

        Respondent.

_____/

## ORDER REQUIRING EXPEDITED RESPONSE FROM RESPONDENTS

**THIS CAUSE** is before the Court on Petitioner LIAN HERNANDEZ DIAZ

("Petitioner")'s Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [DE 1], filed May 5,

2026. The Court has considered the Petition [DE 1] and is otherwise fully advised in the

premises.

        Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  No later than **May 12, 2026**, Respondents shall file a response to the Petition.

    Petitioner may file a reply on or before May 15, 2026.

2.  The Clerk is **DIRECTED** to send this Order to the addresses below.

        **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 7th day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov
See below

**Lian Hernandez Diaz**
A# 241880005
Krome North Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194
PRO SE


Zoe D. Diaz Valiente,
8440 SW 3851,
Apt 40, Miami, FL 33155