UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26- 23199-CV-DIMITROULEAS

LIAN HERNANDEZ DIAZ,

    Petitioner,

v.

WARDEN, BROWARD DETENTION CENTER, *et al.*,

    Respondents.

_____/

## ORDER CANCELLING HEARING

**THIS CAUSE** is before the Court on Respondents' Status Report Pursuant to May 12, 2026 Order [DE 11], filed herein on May 20, 2026. The Court has considered the Status Report [DE 11] and is otherwise fully advised in the premises.  The Status Report states that "on May 19, 2026, an Immigration Judge held a custody redetermination hearing in Petitioner's proceedings in Immigration Court. The Petitioner withdrew his bond request so that he could produce evidence and documents in support of his bond request and seek a custody redetermination thereafter." [DE 11].

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the hearing in this matter scheduled for Friday, May 22, 2026 is **CANCELLED**. This Case remains **CLOSED**.

The Clerk is **DIRECTED** to send a copy of this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov

Lian Hernandez Diaz
A# 241880005
Krome North Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194
PRO SE